1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd Ste 312
   Rocklin, CA 95765
3  Tel: 916-447-8600/Fax 916-930-6482
   E-mail: davefischer@yahoo.com
4

5

6  Attorney for Defendant
   MERCEDEZ SILVA-SIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0234 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MERCEDEZ SILVA-SIMS, | DATE: January 16, 2020 |
| Defendant. | TIME  9:15 a.m. |
| | JUDGE: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference for MERCEDEZ SILVA-SIMS until February 27, 2020, and to exclude time between January 16, 2020 and February 27, 2020, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a. The government has produced additional discovery which defense counsel will need further time to review, discuss with the defendant and to pursue investigation. Defense counsel and the government are continuing their pre-trial discussions toward a possible resolution. Additionally, Mr. Fischer is in trial in state court and is unavailable on January 16, 2020.

b. Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. A continuance is also necessary to ensure continuity of counsel for Ms. Silva-Sims.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2020 to February 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: January 13, 2020  */s/ David D. Fischer*
DAVID D. FISCHER
Attorney for Mercedez Silva-Sims

DATED: January 13, 2020  MCGREGOR W. SCOTT
United States Attorney

*/s/ Justin Lee*
Justin Lee
Assistant United States Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | The Court, having received, read, and considered the stipulation of the parties, and good |
| 3 | cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds |
| 4 | that the failure to grant a continuance in this case would deny defense counsel reasonable time |
| 5 | necessary for effective preparation, taking into account the exercise of due diligence. The Court |
| 6 | finds that the ends of justice served by granting the continuance outweigh the best interests of the |
| 7 | public and defendant in a speedy trial. |
| 8 | The Court orders a status conference on February 27, 2020, at 9:30 a.m. The Court |
| 9 | orders the time from January 16, 2020 up to and including February 27, 2020, excluded from |
| 10 | computation of time within which the trial of this case must commence under the Speedy Trial |
| 11 | Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4. |

Dated: January 14, 2020

_____
Troy L. Nunley
United States District Judge

Stipulation and Order
to Continue Status Conference                    -3-