1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd Ste 312
   Rocklin, CA 95765
3  Tel: 916-447-8600/Fax 916-930-6482
   E-mail: davefischer@yahoo.com
4

5
   Attorney for Defendant
6  MERCEDEZ SILVA-SIMS

7
                    IN THE UNITED STATES DISTRICT COURT
8

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No. 2:17-CR-0234 TLN

          Plaintiff,                 STIPULATION AND ORDER TO CONTINUE
12                                    STATUS CONFERENCE

13        v.

14  MERCEDEZ SILVA-SIMS,             DATE:     February 27, 2020
                                     TIME      9:30 a.m.
          Defendant.                 JUDGE:    Hon. Troy L. Nunley
15

16        By this stipulation, the parties move to continue the status conference for MERCEDEZ

17  SILVA-SIMS until March 26, 2020, and to exclude time between February 27, 2020 and March

18  26, 2020, under Local Code T4.

19        The parties agree and stipulate, and request that the Court find the following:

20        a.     The government has produced additional discovery which defense counsel will

21  need further time to review, discuss with the defendant and to pursue investigation. Defense

22  counsel and the government are continuing their pre-trial discussions toward a possible

23  resolution.  Additionally, Mr. Fischer has been in trial in state court.

24        b.     Defense counsel believes that failure to grant the above-requested continuance

25  would deny counsel the reasonable time necessary for effective preparation, taking into account

26  the exercise of due diligence.  A continuance is also necessary to ensure continuity of counsel for

27  Ms. Silva-Sims.

28        c.     Based on the above-stated findings, the ends of justice served by continuing the

        Stipulation and Order                    -1-
        to Continue Status Conference

1  case as requested outweigh the interest of the public and the defendants in a trial within the

2  original date prescribed by the Speedy Trial Act.

3        d.     For the purposed of computing time under the Speedy Trial Act, 18 U.S.C. §

4  3161, et seq., within which trial must commence, the time period of February 27, 2020 to March

5  26, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local

6  Code T4] because it results from a continuance granted by the Court at defendant's request on

7  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

8  best interest of the public and the defendants in a speedy trial.

9       Nothing in this stipulation and order shall preclude a finding that other provisions of the

10  Speedy Trial Act dictate that additional time periods are excludable from the period within which

11  a trial must commence.

12  DATED: February 25, 2020           */s/ David D. Fischer*

13                                      DAVID D. FISCHER
                                    Attorney for Randy Lee Collins

14

15  DATED: February 25, 2020           MCGREGOR W. SCOTT
                                    United States Attorney

16

17                                      */s/ Justin Lee*
                                    Justin Lee

18                                      Assistant United States Attorney
                                    Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good

cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

that the failure to grant a continuance in this case would deny defense counsel reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  The Court

finds that the ends of justice served by granting the continuance outweigh the best interests of the

public and defendant in a speedy trial.

The Court orders a status conference on March 26, 2020, at 9:30 a.m.  The Court orders

the time from February 27, 2020 up to and including March 26, 2020, excluded from

computation of time within which the trial of this case must commence under the Speedy Trial

Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: February 25, 2020

Troy L. Nunley
United States District Judge