UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 25, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MERCEDEZ SILVA-SIMS,

        Defendant.

Case No.  2:17-cr-000234-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MERCEDEZ SILVA-SIMS ,

Case No.  2:17-cr-000234-TLN , Charge 21 USC § 846 and 841, from custody for the

following reasons:

   x  Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

          Unsecured Appearance Bond $ _____

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 25, 2026, at 3:00 PM.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE