DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
MERCEDEZ SILVA-SIMS

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-CR-00234-TLN |
| Plaintiff, <br> v. | STIPULATION AND ORDER CONTINUING ADMIT OR DENY HEARING |
| MERCEDES SILVA-SIMS, <br> Defendant. | DATE:    April 16, 2026 <br> TIME:    9:30 a.m. <br> COURT:  Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit or deny hearing on April 16, 2026.

2. By this stipulation, the parties move to continue the status conference until **April 23, 2026, at 9:30 a.m**.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to consult with his client.

b) A continuance is necessary for continuity of counsel.

c) The government does not object to the continuance.

STIPULATION AND ORDER

- 1 -

**IT IS SO STIPULATED.**

Dated:  April 14, 2026

*/s/ David D. Fischer*
DAVID D. FISCHER
Attorney for Defendant
MERCEDEZ SIMS-SILVA

ERIC GRANT
US ATTORNEY

Dated: April 14, 2026

By:*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney

### ORDER

IT IS SO FOUND AND ORDERED this 14th day of April, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER