DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
MERCEDEZ SILVA-SIMS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MERCEDES SILVA-SIMS,<br><br>Defendant. | Case No.: 2:17-CR-00234-TLN<br><br>STIPULATION AND ORDER CONTINUING ADMIT OR DENY HEARING<br><br>DATE:    April 23, 2026<br>TIME:    9:30 a.m.<br>COURT:  Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit or deny hearing on April 23, 2026.

2. By this stipulation, the parties move to continue the status conference until April 30, 2026, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant is experiencing medical issues, is unable to appear on April 23, 2026, and desires additional time to consult with his client.

b) Continuance is necessary for continuity of counsel.

STIPULATION AND ORDER

- 1 -

c) The government does not object to the continuance.

**IT IS SO STIPULATED.**

Dated:  April 22, 2026                    /s/ David D. Fischer
                                          DAVID D. FISCHER
                                          Attorney for Defendant
                                          MERCEDEZ SIMS-SILVA

                                          ERIC GRANT
                                          US ATTORNEY

Dated: April 14, 2026                     By:/s/ Justin Lee
                                          JUSTIN LEE
                                          Assistant United States Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 22nd day of April, 2026.

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER

- 2 -